UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER TORRES SOLIS,<br><br>    Petitioner,<br><br>  v.<br><br>T. FELKER, Warden,<br><br>    Respondent. | No. CV 06-6787-AHM (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 25, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**